AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| HOANG TRINH, VU HA, LONG NGUYEN, and NGOC HOANG, on behalf of themselves and all of those similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 8:18-CV-316-JAK-PLA |
| THOMAS D. HOMAN, Deputy Director and Senior Official Performing Duties of the Director, United States Immigration and Customs Enforcement; KIRSTJEN M. NIELSEN, Secretary, United States Department of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; SANDRA HUTCHENS, Sheriff, Orange County, Calif.; and DOE 1, Warden, Adelanto ICE Processing Center, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   1.  THOMAS D. HOMAN
      Deputy Director
      U.S. Immigration and Customs Enforcement
      500 12th Street
      SW Washington, D.C. 20536
             **\*\*SEE LIST OF ADDITIONAL DEFENDANTS ATTACHED.\*\***

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Tuan V. Uong (SBN 272447)
      Reed Smith, LLP
      355 South Grand Avenue,  Suite 2900, Los Angeles, CA  90071-1412
      Telephone: (213) 457-8000 / Facsimile: (213) 457-8080
      Email: tuong@reedsmith.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                     *CLERK OF COURT*

Date: _____

                                           _____
                                              *Signature of Clerk or Deputy Clerk*



American LegalNet, Inc.
www.FormsWorkFlow.com

*Hoang Trinh, Vu Ha, et al. v. Thomas D. Homan, et al.*
USDC CACD Civil Action No. 8:18-CV-316-JAK-PLA

## <u>LIST OF ADDITIONAL DEFENDANTS FOR SUMMONS IN A CIVIL ACTION</u>

2.  KIRSTJEN M. NIELSEN
    Secretary of Homeland Security
    Washington, D.C.  20528

3.  JEFFERSON B. SESSIONS III
    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave NW
    Washington, DC 20530-0001

4.  DAVID MARIN
    Field Office Director
    Los Angeles Field Office
    United States Immigration and Customs Enforcement
    300 North Los Angeles Street
    Room 7631
    Los Angeles, CA 90012

5.  SANDRA HUTCHENS
    Sheriff of Orange County
    550 N. Flower Street
    Santa Ana, CA 92703

6.  DOE 1
    Warden
    Adelanto ICE Processing Center
    Adelanto West
    10250 Rancho Road
    Adelanto, CA, 92301

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:18-CV-316-JAK-PLA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com