# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hoang Trinh, et al., <br><br> PLAINTIFF(S) <br> v. <br> Thomas D. Homan, et al., <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 8:18-cv-00316 CJC (PLA) <br><br> **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Order re Transfer

Filed date: 02/28/2018    Document Number(s): 13

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☒ Case has been reassigned from ☐ Judge ☒ Magistrate Judge Paul L. Abrams to ☐ Judge ☒ Magistrate Judge Gail J. Standish. The initials of the new judge(s) are: CJC (GJS)

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☒ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: 8:18-cv-00316 CJC (GJS)

☒ Other: The Notice to Counsel from Clerk portion of the transfer order did not reflect the correct magistrate judge for the reassignment of the case.

CLERK, U.S. DISTRICT COURT

Date: March 2, 2018    By: /s/ Melissa Cash
                           Deputy Clerk

G-11 (06/14)    NOTICE OF CLERICAL ERROR