**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Hoang Trinh et al<br><br>PLAINTIFF(S)<br>v.<br>Thomas D. Homan et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:18-cv-00316 CJC(GJS)<br><br><br>**ORDER VACATING REFERENCE<br>TO MAGISTRATE JUDGE** |

IT IS ORDERED that

☑ Reference to the above case to United States Magistrate Judge _Standish_ pursuant to General Order 05-07 is hereby vacated. All further proceedings in this action shall be before the District Judge assigned. The case is referred to the same Magistrate Judge for discovery.

☐ Reference to the discovery Magistrate Judge is hereby vacated. The above case is referred to a Magistrate Judge pursuant to General Order 05-07 for a Report and Recommendation.

Dated: March 16, 2018

_____
United States District Judge

**NOTICE TO COUNSEL**

Pursuant to the above order, this case has been reassigned to Magistrate Judge _Gail J. Standish_

☐ for a Report and Recommendation.

☑ for any discovery matters which may be referred.

All documents subsequently filed in this case must reflect the case number: SACV 18-00316 CJC(GJSx)

This is very important because documents are routed by way of the initials.

Clerk, U. S. District Court

Dated: 03/16/2018     By _Robert R. Nadres_
                          Deputy Clerk