CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Assistant Director
HANS H. CHEN
Senior Litigation Counsel
United States Department of Justice
Office of Immigration Litigation,
District Court Section
  P.O. Box 868, Washington, DC 20044
  Phone: (202) 307-4469
  Fax: (202) 305-7000
  hans.h.chen@usdoj.gov
Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TRINH, *et al.*, on behalf of themselves and all of those similarly situated,<br><br>   Petitioners,<br><br>v.<br><br>THOMAS D. HOMAN, Deputy Director and Senior Official Performing Duties of the Director, U.S. Immigration and Customs Enforcement, *et al.*,<br><br>   Respondents. | No. SACV 18-00316 CJC (GJS)<br><br>**DEFENDANTS' ADVANCE NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**<br><br>**DATE:** June 4, 2018<br><br>**TIME:** 1:30 p.m.<br><br>**JUDGE:** Hon. Cormac J. Carney |

Pursuant to C.D. Cal. Local Rule 7-16, Respondents withdraw their Motion to Dismiss Petitioners' Habeas Corpus Class Action Petition and Class Action Complaint for Declaratory and Injunctive Relief ("Motion"). ECF No. 24.

Respondents' Motion sought to dismiss the complaint that Petitioners had filed on February 22, 2018. ECF No. 1. On May 11, 2018, Petitioners filed their First Amended Complaint. ECF No. 27. Because the parties agree that the First Amended Complaint moots Respondents' Motion, Respondents hereby withdraw their Motion without prejudice to moving to dismiss the First Amended Complaint. Respondents hereby also ask the Court to vacate the hearing noticed for June 4, 2018, on their Motion.

Dated: May 14, 2018     Respectfully submitted

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Assistant Director

*/s/ Hans H. Chen*
HANS H. CHEN
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 307-4469
Facsimile: (202) 305-7000
hans.h.chen@usdoj.gov

ATTORNEYS FOR RESPONDENTS

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 14, 2018, I filed the foregoing document with the Clerk of the Court through the Court's ECF system and that on this day, it will be served electronically upon registered participants identified on the Notice of Electronic Filing.

Dated: May 14, 2018          */s/ Hans H. Chen*
                                        HANS H. CHEN
                                        Senior Litigation Counsel
                                        United States Department of Justice
                                        Civil Division
                                        Office of Immigration Litigation
                                        District Court Section

                                        ATTORNEYS FOR RESPONDENTS