UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TRINH, VU HA, LONG NGUYEN, and NGOC HOANG, on behalf of themselves and all of those similarly situated,<br><br>            Petitioners,<br><br>   vs.<br><br>THOMAS D. HOMAN, Deputy Director and Senior Official Performing Duties of the Director, United States Immigration and Customs Enforcement; KIRSTJEN M. NIELSEN, Secretary, United States Department of Homeland Security; JEFFERSON B. SESSIONS III, United States Attorney General; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; SANDRA HUTCHENS, Sheriff, Orange County, Calif., JOHN DOE, Warden, Adelanto ICE Processing Center,<br><br>            Respondents. | Case No. 8:18-CV-316-CJC-GJS<br><br>**ORDER GRANTING PETITIONERS'** *EX PARTE* **APPLICATION FOR AN ORDER EXTENDING CLASS CERTIFICATION DEADLINE**<br><br>Honorable Judge Cormac J. Carney |

# ORDER

On May 23, 2018, Petitioners filed their *Ex Parte* Application for an Order Extending Petitioners' Deadline to File a Class Certification Motion by ninety (90) days (the "*Ex Parte* Application").

Upon consideration of the pleadings, papers, any arguments of counsel, and with good cause shown, the Court hereby GRANTS the Petitioners' *Ex Parte* Application.

**IT IS HEREBY ORDERED** that Petitioners' deadline to file a class certification motion shall be extended to August 28, 2018 to permit Petitioners to take discovery and develop a sufficient factual record prior to filing their motion for class certification.

**IT IS SO ORDERED.**

DATED: May 25, 2018

_____
Honorable Judge Cormac J. Carney
United States District Judge