UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 18-00316-CJC(GJSx)          Date: June 6, 2018

Title: HOANG TRINH, *ET AL.* V. THOMAS HOMAN, *ET AL.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR *EX PARTE* APPLICATION TO APPLY HABEAS PROCEDURES (DKT. 48) AND GRANTING *EX PARTE* APPLICATION TO STAY DEADLINE TO RESPOND TO FIRST AMENDED PETITON (DKT. 49)**

       On June 6, 2018, Respondents filed two *ex parte* applications. (Dkts. 48, 49.) In the first *ex parte* application, Respondents seek an order clarifying whether federal habeas procedural rules apply in this action. (Dkt. 48.) In the second *ex parte* application, Respondents seek to stay the deadline to respond to the First Amended Petition, pending the Court's resolution of the first *ex parte* application. (Dkt. 49.)

       With respect to the first *ex parte* application, (Dkt. 48), the Court hereby **DIRECTS** Petitioners to file an opposition by **June 25, 2018**. Respondents may file a reply by **July 2, 2018**. A hearing is scheduled for **July 9, 2018, at 3:00 p.m. in Courtroom 9B.**

       With respect to the second *ex parte* application, (Dkt. 49), Respondents' request is **GRANTED**. The Court finds it appropriate to stay the deadline to respond to the First Amended Petition pending the resolution of the first *ex parte* application.

sl

MINUTES FORM 11
CIVIL-GEN                                                                    Initials of Deputy Clerk MKU