UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TRINH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> MATTHEW T. ALBENCE,[1] Acting Director, U.S. Immigration and Customs Enforcement, *et al.*, <br><br> Respondents. | Case No. 8:18-cv-316-CJC-GJS <br><br> **[ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** <br><br> Hon. Cormac J. Carney |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Matthew T. Albence is automatically substituted for Ronald D. Vitiello.

# ORDER

The Court, having considered the parties' Joint Stipulation to Modify Scheduling Order and good cause appearing, hereby orders as follows:

1. All discovery, including discovery motions, shall be completed by January 29, 2020. Discovery motions must be heard and filed prior to this date.
2. The parties shall have until May 28, 2020 to file and have heard all other motions, including motions to join or amend the pleadings.
3. The parties shall have until May 1, 2020 to conduct settlement proceedings.
4. A pretrial conference will be held on July 6, 2020 at 3:00 p.m.
5. This case will be set for trial on July 14, 2020 at 8:30 a.m..

**IT IS SO ORDERED.**

DATED: July 17, 2019

_____
Honorable Cormac J. Carney
United States District Judge