NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TRINH, *et al.*,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement, *et al.*,<br><br>　　　　　Respondents. | Case No. 8:18-cv-316-CJC-GJS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING AND DISCOVERY DEADLINES**<br><br>Hon. Cormac J. Carney<br>Hon. Gail J. Standish |

# ORDER

The Court, having considered Respondents' Unopposed Motion to Extend Briefing and Discovery Deadlines, and good cause appearing, hereby orders as follows:

1. The discovery-cutoff date is extended from January 29 to February 21, 2020, for the limited purposes of resolving the current discovery dispute, allowing Petitioners to depose Marla Jones, and resolving any dispute related to Ms. Jones' deposition.

2. The discovery-briefing schedule is revised as follows: Respondents' opening brief is due on January 15; Petitioners' response brief is due on January 22; Respondents' reply brief is due on January 24; and Respondents will provide the disputed documents to the Court by January 10.

**IT IS SO ORDERED.**

DATED: January 7, 2020

_____
Honorable Cormac J. Carney
United States District Judge