# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TRINH, *et al.*,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement, *et al.*,<br><br>　　　　Respondents. | Case No. 8:18-cv-316-CJC-GJS<br><br>**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE, EXTEND L.R. 79-5.2.2(b)(i) DEADLINE, CONTINUE MOTION HEARING, AND WAIVE HAND-SIGNATURE REQUIREMENT**<br><br>Hon. Cormac J. Carney<br>Hon. Gail J. Standish |

**ORDER**

On March 20, 2020, Respondents moved for four forms of relief as a result of disruptions caused by the COVID-19 pandemic. Having reviewed Respondents' motion, and good cause appearing, the Court orders as follows:

(1) the motions deadline is extended to June 8, 2020;

(2) the hearing on the parties' motions for summary judgment is continued from May 18, 2020 to June 8, 2020 at 1:30 p.m.;

(3) the deadline to file a Local Rule 79-5.2.2(b)(i) declaration is extended to April 27, 2020; and

(4) the parties are excused from Local Rule 5-4.3.4(a)(3)'s requirement that certain declarations be hand-signed and scanned.

**IT IS SO ORDERED.**

DATED: March 24, 2020

Hon. Cormac J. Carney
United States District Judge