UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG TRINH, VU HA, LONG NGUYEN, NGOC HOANG, DAI DIEP, BAO DUONG, and SIEU NGUYEN on behalf of themselves and all of those similarly situated,<br><br>Petitioners,<br><br>v.<br><br>MATTHEW ALBENCE, Deputy Director and Senior Official Performing Duties of the Director, United States Immigration and Customs Enforcement; KEVIN MCALEENAN, Secretary, United States Department of Homeland Security; WILLIAM BARR, United States Attorney General; DAVID MARIN, Field Office Director, Los Angeles Field Office, United States Immigration and Customs Enforcement; DOE 1 Warden, Adelanto ICE Processing Center,<br><br>Respondents. | Case No. 8:18-CV-316-CJC-GJS<br>Assigned to: Hon. Cormac J. Carney<br><br>**ORDER GRANTING PETITIONERS' EX PARTE APPLICATION TO CONTINUE HEARING AND HOLD MOTION FOR RECONSIDERATION IN ABEYANCE** |

# ORDER

On June 29, 2020, Petitioners filed a Motion for Reconsideration requesting that this Court reconsider a portion of its June 11, 2020 order granting summary judgment in favor of Respondents. Dkt. 147. On July 13, 2020, Respondents filed their Response in Opposition to Petitioners' Motion for Reconsideration. Dkt. 149. On July 15, 2020, Petitioners filed an *Ex Parte* Application to Continue Hearing and Hold Motion for Reconsideration in Abeyance. Having considered Petitioners' *Ex Parte* Application and all other submissions in support of the Application and finding good cause therefrom, the Court GRANTS Petitioners' Application. The hearing on Petitioners' Motion for Reconsideration is continued to August 17, 2020; the Motion for Reconsideration is in abeyance until the date of the hearing; and the deadline for Petitioners' Reply is extended to August 3, 2020.

DATED: July 20, 2020

_____
Honorable Cormac J. Carney
United States District Court Judge

ORDER GRANTING PETITIONERS' EX PARTE APPLICATION TO CONTINUE HEARING AND HOLD MOTION FOR RECONSIDERATION IN ABEYANCE