# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 18-00316-CJC-GJS            Date:  May 5, 2021

Title: HOANG TRINH, *et al.* v. THOMAS D. HOMAN, *et al.*

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, CHIEF UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND CLOSED**

       This class action challenged the government's practice of subjecting Vietnamese immigrants to detention despite the remote possibility of their removal to Vietnam.  (Dkt. 27 [First Amended Habeas Corpus Petition and Class Action Complaint].)  The Court granted in substantial part Respondents' motion for summary judgment on June 11, 2020.  (Dkt. 146.)  Petitioners initially filed a motion for reconsideration of the Court's order, but withdrew the motion for reconsideration after briefing was complete.  (Dkt. 155.)  There has been no activity in the case since August 2020.  Petitioners are hereby **ORDERED TO SHOW CAUSE** in writing by **May 12, 2021** why this case should not be dismissed and closed.  Respondents may file a response by **May 17, 2021**.

cb

MINUTES FORM 11
CIVIL-GEN                                                                           Initials of Deputy Clerk CW