# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 18-00316-CJC(GJSx)                    Date: July 19, 2021

Title: HOANG TRINH, *ET AL.* V. THOMAS D. HOMAN, *ET AL.*

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER CLOSING CASE**

On May 5, 2021, the Court ordered the parties to show cause as to why this case should not be dismissed and closed because there is only one claim remaining and the parties have been working on settlement. (Dkt. 156.) On June 7, 2021, the parties responded that they had reached a tentative agreement which was under review by Respondent agencies and the Department of Justice. (Dkt. 158.) Over a month has passed, and the parties have not updated the Court on the status of their agreement. Accordingly, the Court will **CLOSE** the case. If settlement is not finalized in 90 days, the case will be reopened.

jy

MINUTES FORM 11
CIVIL-GEN                                                                 Initials of Deputy Clerk RRP